IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF AMERICA, N.A., | No. 2:12-cv-1248-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| EUGENE SCHWARTZ, et. al., | |
| Defendants. | |
| _____ / | |

This case was removed to this court from the Shasta County Superior Court by the defendants, proceeding *in propria persona*. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On July 13, 2012, the Magistrate Judge filed findings and recommendations herein (ECF No. 7) which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 13, 2012, are ADOPTED IN FULL;

2. Plaintiff's motion to remand (ECF No. 3) is GRANTED; and

3. This matter is remanded to the Superior Court of the State of California, County of Shasta.

4. The Clerk of the Court is directed to close this case.

Dated: August 21, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE