1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    BANK OF AMERICA, N.A.,                    No. 2:12-cv-1248-MCE-CMK

12            Plaintiff,

13        vs.                                    ORDER

14    EUGENE SCHWARTZ, et. al.,

15            Defendants.

16    _____/

17          This case was removed to this court from the Shasta County Superior Court by the

18    defendants, proceeding *in propria persona*.  The matter was referred to a United States

19    Magistrate Judge pursuant to Eastern District of California local rules.

20          On July 13, 2012, the Magistrate Judge filed findings and recommendations

21    herein (ECF No. 7) which were served on the parties and which contained notice that the parties

22    may file objections within a specified time.  No objections to the findings and recommendations

23    have been filed.

24          The Court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the Magistrate Judge's analysis.

26    / / /

1

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations filed July 13, 2012, are ADOPTED IN FULL;

2.    Plaintiff's motion to remand (ECF No. 3) is GRANTED; and

3.    This matter is remanded to the Superior Court of the State of California, County of Shasta.

4.    The Clerk of the Court is directed to close this case.

Dated:  August 21, 2012

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE